UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAYCE K. KADIRE,

     Plaintiff,

vs.

RV RETAILER TEXAS II, LCC, *et al.*,

     Defendants.

Case No. 3:25-cv-277

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 6); (2) DISMISSING THIS CASE IN ITS ENTIRETY; (3) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND (4) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS***
_____

The Court has reviewed the Report and Recommendation of Magistrate Judge Caroline H. Gentry (Doc. No. 6), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Upon careful review of the foregoing, the Court determines that the Report and Recommendation should be adopted.  *See Rhines v. Weber*, 544 U.S. 269 (2005).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety and **DISMISSES** this case.  Additionally, the Court **CERTIFIES** that an appeal would not be taken in good faith and accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*. This case is **CLOSED**.

    **IT IS SO ORDERED.**

February 25, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge